IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COVENTRY ENTERPRISES, LLC,

    Plaintiff,

  v.

SILVERADO GOLD MINES, LTD.,

    Defendant.

                             /

No. C 14-80155 WHA

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

      All matters related to post-judgment collections, including the pending application for an order preserving title to the domain name Silverado.com and all other domain names owned or controlled by the judgment debtor, Silverado Gold Mines, Ltd., and appointing a receiver to auction domain names and distribute proceeds to judgment creditor, Coventry Enterprises, LLC, are hereby **REFERRED** to a magistrate judge, to be assigned. The pending application will be heard and considered at the convenience of the magistrate judge's calendar. Counsel will be advised of the date, time, and place of the hearing by notice from the magistrate judge's chambers.

      **IT IS SO ORDERED.**

Dated:  June 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE