UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVENTRY ENTERPRISES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SILVERADO GOLD MINES, LTD.,<br><br>　　　　Defendant. | Case No. 14-mc-80155-WHA (JSC)<br><br>**REPORT AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE** |

On July 9, 2014, the Court issued an order denying without prejudice Plaintiff's motion to preserve domain name and motion to appoint a receiver. (Dkt. No. 7.) After explaining the deficiencies in the motions, the Court stated:

> If Plaintiff seeks to continue enforcement of its judgment in this District, Plaintiff shall file a new application that seeks issuance of a writ of execution, in addition to a request for appointment of receiver and a preservation order, that pertains to execution of property located in this District. Plaintiff shall also identify the basis for the requested preservation order. Plaintiff's new application, if any, shall be filed within 20 days of the date of this Order. If no application is filed by that date, the case shall be closed.

(*Id*.) Although the allotted 20 days has passed, Plaintiff has failed to file anything in response to the Order. The undersigned magistrate judge accordingly RECOMMENDS that this case be DISMISSED without prejudice. Any party may file objections to this report and recommendation with the district judge within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Civ. L.R. 72–3. Failure to file an objection may waive the right to review of the issue in the district court.

//

//

**IT IS SO ORDERED.**

Dated: August 5, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge