**United States District Court**
For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   COVENTRY ENTERPRISES, LLC,                No. C 14-80155 WHA

11              Plaintiff,

12        v.

13   SILVERADO GOLD MINES, LTD.,               **ORDER ADOPTING**
                                               **MAGISTRATE JUDGE'S REPORT AND**
14              Defendant.                      **RECOMMENDATION AND DISMISSING**
                                               **THIS ACTION**
15   _____/

16        In July 2014, Magistrate Judge Jacqueline Corley denied without prejudice plaintiff's

17   application.  Plaintiff's counsel had twenty days to promptly file a renewed application.

18   "If no application is filed by that date, the case shall be closed" (Dkt. No. 7).

19        The deadline passed and nothing was filed by plaintiff.  In August 2014, the Magistrate

20   Judge issued a report and recommendation that this action be dismissed without prejudice

21   (Dkt. No. 8).  The deadline for objections has passed and nothing has been filed.

22        The Magistrate Judge's report and recommendation is hereby **ADOPTED**.  This action is

23   **DISMISSED WITHOUT PREJUDICE**.

24

25        **IT IS SO ORDERED.**

26

27   Dated:   August 22, 2014.

28                                             _____
                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE